UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24  AM 7: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GENE EARL SMITH,

    Plaintiff,

v.                                          Cv. No. 05-2057-Ma

SHELBY COUNTY JAIL MEDICAL
DEPARTMENT,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed October 7, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

/s/ _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 21, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/ _____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02057 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Gene Earl Smith
201 Poplar
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT